**In the Matter of Vanessa Elaine B. CELLER, A/K/A Vanessa Smith.**

**No. 992 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 16, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 2005, Vanessa Elaine B. Celler, a/k/a Vanessa Smith, having been disbarred from the practice of law in the State of Illinois by Order of the Supreme Court of Illinois dated September 24, 2004; the said Vanessa Elaine B. Celler, a/k/a Vanessa Smith, having been directed on January 31, 2005, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Vanessa Elaine B. Celler, a/k/a Vanessa Smith, is disbarred from the practice of law in this Commonwealth, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael Keith HOLLINGER, Respondent.**

**No. 1018 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 16, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 21, 2005, it is hereby

ORDERED that MICHAEL KEITH HOLLINGER be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day retroactive to July 20, 2004.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.